738

Commonwealth *v.* DeSimone, Appellant.

Submitted November 13, 1967.
*John DeSimone*, appellant, in propria persona; *Thomas P. Ruane, Jr.*, First Assistant District Attorney, and *John R. Hoye*, District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Fletcher, Appellant.

Submitted November 13, 1967. *James Morris Fletcher*, appellant, in propria persona; *W. Bertram Waychoff*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Henderson, Appellant.

Submitted November 13, 1967. *Ulysses Henderson*, appellant, in propria persona; *Charles B. Watkins* and *Edwin J. Martin*, Assistant District Attorneys, and *Robert W. Duggan*, District Attorney, for Commonwealth, appellee.

Order affirmed.